**Keith SMITH, Appellant,**

v.

**STATE of Missouri, Respondent.**

**ED 102602**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

FILED: November 17, 2015

Gwenda Renee Robinson, 1010 Market Street, Suite 1100, St. Louis, Missouri 63101, for Appellant.

Chris Koster Karen L. Kramer, P.O. Box 899, Jefferson City, Missouri 65102, for Respondent.

Before Robert G. Dowd, Jr., P.J., Mary K. Hoff, J., and Roy L. Richter, J.

## ORDER

### PER CURIAM

Keith Smith appeals from the motion court's judgment denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).

Ellen H. Flottman, Woodrail Centre, 1000 W. Nifong, Bldg. 7, Suite 100, Columbia, MO 65203, for Appellant.

Chris A. Koster, Attorney General, Rachel Flaster, Asst. Attorney General, P.O. Box 899, Jefferson City, MO 65102-0899, for Respondent.

Before Robert G. Dowd, Jr., P.J. and Mary K. Hoff and Roy L. Richter, JJ.